IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD A. WILLIAMS and<br>ALTERNATIVE CONTROL SOLUTION, | :<br>:<br>: | |
| Plaintiffs, | : | CIVIL ACTION NO. 15-2963 |
| | : | |
| v. | : | |
| | : | |
| DARRELL & TINA HALL, | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 14th day of July, 2015, after considering the motion to dismiss the complaint filed by the defendants (Doc. No. 2), and after reviewing the complaint and the exhibits attached thereto (Doc. No. 1), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

2. The plaintiffs have leave to file an amended complaint within thirty (30) days of the date of this order. If the plaintiffs file an amended complaint, it shall conform to all of the elements of Federal Rule of Civil Procedure 8(a), namely that it contain short and plain statements (1) of the grounds for the court's jurisdiction, and (2) of the claim showing that the plaintiffs are entitled to relief. Fed. R. Civ. P. 8(a)(1)-(2). Furthermore, any amended complaint shall be a complete, stand-alone document; the court will not accept an amended pleading in the form of a motion. If the plaintiffs do not file an amended complaint within thirty (30) days

of this order, the court will dismiss this action and close the case without further notice to the parties.

                                                 BY THE COURT:

                                                 */s/ Edward G. Smith*
                                                 EDWARD G. SMITH, J.